FRANK BISOGNO, an Infant, by FEDELE BISOGNO, His Guardian ad Litem, Respondent, *v.* NEW YORK RAILWAYS COMPANY, Appellant.

FEDELE BISOGNO, Respondent, *v.* NEW YORK RAILWAYS COMPANY, Appellant.

*Appeal — order reversing judgment entered upon verdict and granting new trial — appeal therefrom dismissed.*

Bisogno v. *N. Y. Railways Co.* (2 cases), 194 App. Div. 316, appeals dismissed.

(Argued April 21, 1922; decided May 9, 1922.)

APPEAL in each of the above-entitled actions from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 17, 1920, reversing a judgment in favor of defendant entered upon a verdict and granting a new trial. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second action was by the father of the plaintiff in the first action, who was a minor, to recover for loss of services and expense occasioned by the same

accident. The evidence tended to show that the boy who had been playing upon the street ran out into the roadway and got upon the south-bound track upon which he proceeded south for thirty feet before he was struck, that the motorman upon the car which was running south had him in plain sight for at least one hundred feet; that he did not slacken his speed or ring his bell, and that after the car hit the boy it proceeded one hundred feet before it was stopped.

*B. H. Ames* and *James L. Quackenbush* for appellant.

*George W. Smyth, Clarence C. Meleney* and *Hobart S. Bird* for respondents.

Appeal in each case dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.